1002

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Herman A. HOLSTEN, as Ancillary Executor for the Estate of Luisa Terry Ponvert, Respondent.**

No. 73.

Circuit Court of Appeals, Second Circuit.

Dec. 6, 1937.

James W. Morris, Asst. Atty. Gen., and Sewall Key and L. W. Post, Sp. Assts, to Atty. Gen., for petitioner.

George W. Phillips, Jr., of New York City (J. Robert Sherrod and O. H. Chmillon, both of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion of the Board of Tax Appeals.

**John J. COX, Appellant, v. The MICHIGAMME OIL COMPANY, a Michigan Corporation, Alleged Bankrupt, and Edna E. House Rogers, Appellees.**

No. 7905.

Circuit Court of Appeals, Sixth Circuit.

Dec. 16, 1937.

John W. Conlin and Frank B. Devine, both of Ann Arbor, Mich., for appellant.

Arch D. Wilson, of Ann Arbor, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

It is ordered that the motion of appellee, Edna E. House Rogers, to dismiss the appeal herein be, and the same is, sustained, and the appeal is hereby dismissed.

**Connie CURCIO et al., Appellants, v. UNITED STATES of America.**

No. 10847.

Circuit Court of Appeals, Eighth Circuit.

Dec. 13, 1937.

William L. Vandeventer, of Springfield, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee and certificate of clerk under rule 38.